# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Dale Robin Miller     DOC #479248
Louisiana State Penitentiary
Camp D, Falcon-1
Angola LA 70712

**REHEARING ACTION: July 19, 2017**

**Docket Number: 16   00979-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DALE ROBIN MILLER**

**Writ Application from Lafayette Parish Case No. 92141**

**BEFORE JUDGES:**

   **Hon. John D. Saunders**
   **Hon. Elizabeth A. Pickett**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling on

the application for rehearing filed by **Dale Robin Miller** is:

   **REHEARING DENIED.**  Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Hon. Keith A. Stutes, Counsel for  the Respondent